NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000444
11-OCT-2017
10:47 AM

NO. CAAP-17-0000444

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DAVID BRADLEY EISENBREY, Plaintiff-Appellee,
v.
KATHLEEN ANN EISENBREY, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-M NO. 15-1-0005)

ORDER DISMISSING APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon review of the record, it appears that:

(1) On May 23, 2017, Defendant-Appellant Kathleen Ann Eisenbrey (Appellant), pro se, filed a notice of appeal. The circuit court clerk electronically filed the notice of appeal on May 26, 2017;

(2) On July 17, 2017, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before July 27, 2017, and August 28, 2017, respectively;

(3) Appellant did not file either document or request an extension of time;

(4) On September 5, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 15, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(5) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, October 11, 2017.

Chief Judge

Associate Judge

Associate Judge

2